**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  __8/23/2022_____

**FRACHT FWO INC.,**

                              **Plaintiff,**

        **-against-**

**TPR HOLDINGS LLC,**

                              **Defendant.**

**20-cv-2706 (ALC)**

**ORDER OF**
**DISCONTINUANCE**

**ANDREW L. CARTER, JR., United States District Judge:**

        It having been reported to the Court that this case has resolved in accordance with the

Court's March 29, 2022 Opinion & Order, it is hereby ORDERED that the above-captioned

action is discontinued.  The Clerk of the Court is respectfully directed to close this case.

**SO ORDERED.**

Dated:        August 23, 2022
              New York, New York

**ANDREW L. CARTER, JR.**
**United States District Judge**